IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 AUG 23 PM 2: 20

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:22 CR 159 |
| vs. | JUDGE [signature] |
| ISABEL ODIR CASTELLANOS, | |
| SUSANA M. ORELLANA, | 21 U.S.C. § 841(a)(1) |
| MARTEL D. OWENS, | 21 U.S.C. § 841(b)(1)(A)(vi) |
| DWAYNE S. CHILDS, JR., | 21 U.S.C. § 841(b)(1)(A)(viii) |
| JERMAINE A. PETERSON, | 21 U.S.C. § 846 |
| JUSTIN M. BERRIEN, | 21 U.S.C. § 853(a)(1) and (2) |
| KELVIN R. BATTLE, | |
| DARRELL PETERMAN, SR., | **INDICTMENT** |
| LINDA M. HOULE, | |
| CARL D. JENKINS, and | |
| JAMES I. SHEETS, | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances**

Between in or about January 2020, through and including June 29, 2022, the exact dates being unknown, in the Southern District of Ohio, the defendants, **ISABEL ODIR CASTELLANOS, SUSANA M. ORELLANA, MARTEL D. OWENS, DWAYNE S. CHILDS, JR., JERMAINE A. PETERSON, JUSTIN M. BERRIEN, KELVIN R. BATTLE, DARRELL PETERMAN, SR., LINDA M. HOULE, CARL D. JENKINS,** and **JAMES I. SHEETS,** did knowingly, intentionally, and unlawfully combine, conspire, confederate, and agree together and with each other, and with others both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute, 400 grams or more of a mixture or substance

1

containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vi) and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of 21 U.S.C. § 846.

## **FORFEITURE ALLEGATION A**

1. The allegations this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

2. Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(A)(viii) and 21 U.S.C. § 846, as alleged in Count One of this Indictment, the defendant, **ISABEL ODIR CASTELLANOS**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

- A 2001 Freightliner semitruck cab, VIN 1FUJCLAVX1LH79359, registered in the name of Golden Eagle Transportation, Inc.; and

- A 2004 ST Utility semitruck trailer, VIN 1UYVS25325U465010, registered in the name of Golden Eagle Transportation, Inc..

Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION B

3. The allegations this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

4. Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(A)(viii) and 21 U.S.C. § 846, as alleged in Count One of this Indictment, the defendants, **ISABEL ODIR CASTELLANOS** and **SUSANA M. ORELLANA**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

- The following property seized on or about June 6, 2022, during the consent search of 633 Calli Court, Columbus, Ohio:

    - Approximately $162,050.00 in United States currency, which includes:
        - $63,810.00 in United States currency; and
        - $98,240.00 in United States currency;

    - A Sig Sauer P250 pistol, bearing Serial Number: EAK144540, including any associated magazines and ammunition;

    - A black Ghost Rifle, .223 caliber, bearing no Serial Number, including any associated magazines and ammunition; and

    - A Davis Industries P-380, .380 caliber pistol, bearing no Serial Number, including any associated magazines and ammunition.

Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

3

## FORFEITURE ALLEGATION C

5. The allegations this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

6. Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(A)(viii) and 21 U.S.C. § 846, as alleged in Count One of this Indictment, the defendant, **SUSANA M. ORELLANA**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

- A 2017 GMC Terrain, VIN 2GKALREK8H6122168, registered in the name of Defendant Susana M. Orellana; and

- A 2014 BMW x5, VIN 5UXKR0C51E0H20146, registered in the name of Defendant Susana M. Orellana.

Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION D

7. The allegations this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

8. Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(A)(viii) and 21 U.S.C. § 846, as alleged in Count One of this Indictment,

the defendant, **MARTEL D. OWENS**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

- An FN America LLC 503, 9mm pistol, bearing Serial Number CVO16149, including any associated magazines and ammunition, seized on or about November 13, 2021, as a result of a traffic stop conducted on a vehicle occupied by Defendant Martel D. Owens.

Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION E

9. The allegations this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

10. Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(A)(viii) and 21 U.S.C. § 846, as alleged in Count One of this Indictment, the defendant, **DWAYNE S. CHILDS, Jr.**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

- A 2015 Porsche Panamera, VIN WP0AA2A78FL004331, registered in the name of Dwayne S. Childs, Sr.

Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

**FORFEITURE ALLEGATION F**

11. The allegations this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

12. Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(A)(viii) and 21 U.S.C. § 846, as alleged in Count One of this Indictment, the defendant, **JERMAINE A. PETERSON**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

- The following property seized on or about June 30, 2021, a result of a traffic stop conducted on a vehicle occupied by Defendant Jermaine A. Peterson:

    - A 2014 black Jeep Grand Cherokee, VIN 1C4RJFAG6EC143303; and

    - Approximately $2,189.61 in United States currency.

- The following property seized on or about June 30, 2021, during the search of a residence associated with Defendant Jermain A. Peterson located at 332 East John Street, Springfield, Ohio:

    - A Glock 43 firearm, bearing Serial Number ABWB736, including any associated magazines and ammunition;

    - A Glock 19x firearm, bearing Serial Number BRRC925, including any associated magazines and ammunition;

- o A Glock 19 firearm, bearing Serial Number BLTL238, including any associated magazines and ammunition, and a laser; and

- o A Larue LT750 rifle, bearing Serial Number M4-0051026, including approximately two rifle magazines and any ammunition.

Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

## FORFEITURE ALLEGATION G

13. The allegations this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

14. Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(A)(viii) and 21 U.S.C. § 846, as alleged in Count One of this Indictment, the defendant, **LINDA M. HOULE**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

- A Taurus Spectrum 380 caliber pistol, bearing Serial Number 1F014134, including any associated magazines and ammunition, seized on or about November 18, 2021, from Defendant Linda M. Houle.

Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

# FORFEITURE ALLEGATION H

15. The allegations this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 21 U.S.C. § 853(a)(1) and (2).

16. Upon conviction of the offense in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(A)(viii) and 21 U.S.C. § 846, as alleged in Count One of this Indictment, the defendants, **CARL D. JENKINS**, and **JAMES I. SHEETS**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations, including, but not limited to, the following:

- The following property seized on or about November 7, 2021, during a traffic stop conducted on a vehicle occupied by Defendants Carl D. Jenkins and James L. Sheets:

    o A Springfield XD 9mm pistol, bearing Serial Number GM923197, including any associated magazines and ammunition, and

    o A Ruger Mark IV .22 caliber pistol, bearing Serial Number 401039982, including any associated magazines and ammunition.

Forfeiture notice pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL.

  s/Foreperson
FOREPERSON


KENNETH L. PARKER
United States Attorney

MICHAEL J. HUNTER
Assistant United States Attorney