United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                           Case No. 2:22-cr-157(1)

Isabel Odir Castellanos

COURTROOM MINUTES
Change of Plea Hearing

| U.S. District Chief Judge Algenon L. Marbley | | Date: February 3, 2023 | |
|---|---|---|---|
| Deputy Clerk: | Christin Werner | Counsel for Government: | Mike Hunter |
| Court Reporter | Shawna Evans | Counsel for Defendant: | Jeffrey Berndt |
| Interpreter | | Pretrial/Probation: | |

Defendant changed his plea to guilty as to Count 1 of the Indictment.

PSI report ordered.

Defendant to remain in custody pending sentencing.